UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD RANDOLPH,

Plaintiff,

-against-

NYPD OFFICER JOHN DOE; NYPD OFFICER JOHN DOE; NYPD OFFICER JANE DOE; NYPD OFFICER JOHN DOE; NYPD OFFICER JOHN DOE,

Defendants.

25-cv-10491 (LLS)

CIVIL JUDGMENT

For the reasons stated in the September 3, 2026, Order, Plaintiff's federal claims are dismissed for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines supplemental jurisdiction of any state law claims, 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: October 26, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON,
United States District Judge